DAVIS v. J.M.X., INC

[352 N.C. 662 (2000)]

We conclude that defendant received a fair trial, free from prejudicial error. For the foregoing reasons, we affirm the decision of the Court of Appeals.

AFFIRMED.

---

**DURHAM COUNTY NO. 97CVS00687**

L'TANYA D. DAVIS, EXECUTRIX OF ESTATE OF KENNETH A. DAVIS, PLAINTIFF V. J.M.X., INCORPORATED, AND ESAU ROOSEVELT DIXON, DEFENDANTS AND THIRD-PARTY PLAINTIFFS V. ANTOINETTE PADILLA TOLER, REA CONSTRUCTION COMPANY, PROTECTION SERVICES, INC., AND STATE OF NORTH CAROLINA, EX REL NCDOT, THIRD-PARTY DEFENDANTS

**and**

**DURHAM COUNTY NO. 97CVS00714**

L'TANYA DURANTE DAVIS, PLAINTIFF V. J.M.X., INCORPORATED, AND ESAU ROOSEVELT DIXON, DEFENDANTS AND THIRD-PARTY PLAINTIFFS V. ANTOINETTE PADILLA TOLER, REA CONSTRUCTION COMPANY, PROTECTION SERVICES, INC., AND STATE OF NORTH CAROLINA, EX REL NCDOT, THIRD-PARTY DEFENDANTS

**and**

**DURHAM COUNTY NO. 97CVS00713**

E. ANN CHRISTIAN, AS GUARDIAN AD LITEM FOR LEONARD AARON DAVIS, II, PLAINTIFF V. J.M.X., INCORPORATED, AND ESAU ROOSEVELT DIXON, DEFENDANTS AND THIRD-PARTY PLAINTIFFS V. ANTOINETTE PADILLA TOLER, REA CONSTRUCTION COMPANY, PROTECTION SERVICES, INC., AND STATE OF NORTH CAROLINA, EX REL NCDOT, THIRD-PARTY DEFENDANTS

**and**

**DURHAM COUNTY NO. 97CVS02051**

ROBERTA E. JOHNSON, AS ADMINISTRATRIX OF THE ESTATE OF THELMA P. BITTING, PLAINTIFF V. J.M.X., INCORPORATED, AND ESAU ROOSEVELT DIXON, DEFENDANTS AND THIRD-PARTY PLAINTIFFS V. ANTOINETTE PADILLA TOLER, REA CONSTRUCTION COMPANY, PROTECTION SERVICES, INC., AND STATE OF NORTH CAROLINA, EX REL NCDOT, THIRD-PARTY DEFENDANTS

No. 206A00

(Filed 6 October 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 137 N.C. App. 267, 528 S.E.2d 56 (2000), affirming orders for summary judgment entered 2 July 1998 and 8 July 1998 and reversing orders for summary judgment entered 9 July 1998 by Johnson (E. Lynn), J., in Superior Court, Durham County. Heard in the Supreme Court 11 September 2000.

STATE v. ELLIOTT

[352 N.C. 663 (2000)]

*McDaniel, Anderson & Stephenson, L.L.P., by William E. Anderson and John M. Kirby, for third-party plaintiff-appellants.*

*Yates, McLamb & Weyher, L.L.P., by Rodney E. Pettey, for third-party defendant-appellee Rea Construction Company; and Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by James D. Blount, Jr., and Deanna Davis Anderson, for third-party defendant-appellee Protection Services, Inc.*

PER CURIAM.

AFFIRMED.

―――――

STATE OF NORTH CAROLINA v. MICHAEL ANTHONY ELLIOTT

No. 179A00

(Filed 6 October 2000)

**Evidence— general intent crimes—prior assault—admissibility to show intent**

The decision of the Court of Appeals in this case is reversed for the reason stated in the dissenting opinion in the Court of Appeals that evidence of a prior incident in which defendant hit the female victim's face was admissible in this prosecution for the general intent crimes of assault inflicting serious injury and assault on a female to show defendant's intent with respect to the present assault on the female victim.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 137 N.C. App. 282, 528 S.E.2d 32 (2000), finding error in a judgment entered 22 October 1998 by Stephens (Donald W.), J., in Superior Court, Durham County, and ordering a new trial. Heard in the Supreme Court 13 September 2000.

*Michael F. Easley, Attorney General, by Daniel P. O'Brien, Assistant Attorney General, for the State-appellant.*

*Kevin P. Bradley for defendant-appellee.*